ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**
OCT 18 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
LYDIA A TATE ) Case No. 07-52180 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497121 for an unclaimed dividend in the amount of $110.49. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 27    EMC MORTGAGE CORPORATION
                     C/O SEVERSON & WERSON
                     ONE EMBARCADERO CENTER 25TH FL
                     SAN FRANCISCO, CA 94111-3627

Dated: October 17, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE